FREDERICK KERR, Appellant, *v.* FREDERICK T. TAGLIAVIA, Respondent.

*Appeal — unanimous affirmance of judgment- dismissing ´complaint in action upon foreign judgment.*

Kerr v. *Tagliavia*, 186 App. Div. 893, appeal dismissed.
(Argued April 23, 1920; decided June 1, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 29, 1918, unanimously affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury. The action was brought upon a judgment obtained in England against this defendant as acceptor of a bill of

exchange payable in England. Service in the English action was effected upon the defendant personally in New York, but the defendant did not appear or defend.

*John H. Hazelton* for appellant.

*Julian B. Shope* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.